|                                              |                   |
|----------------------------------------------|-------------------|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **PRIORITY SEND**<br>JS-6 |

## CIVIL MINUTES -- GENERAL

Case No.    **EDCV 12-118-JFW (DTBx)**                                    Date: February 24, 2012

Title:      Ilori Ademayowa -v- ING Bank FSB, et al.

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                                None Present
   Courtroom Deputy                              Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
          None                                              None

**PROCEEDINGS (IN CHAMBERS):**    ORDER GRANTING DEFENDANT ING BANK, FSB'S MOTION TO DISMISS ALL COUNTS IN THE COMPLAINT [filed 2/1/2012; Docket No. 7]

On February 1, 2012, Defendant ING Bank, FSB filed a Motion to Dismiss All Counts in the Complaint. Plaintiff Illori Ademayowa ("Plaintiff") did not file an Opposition. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for March 5, 2012 is hereby vacated and the matter taken off calendar. After considering the moving papers and the arguments therein, the Court rules as follows:

Pursuant to Local Rule 7-9, Plaintiff was required to file and serve his Opposition or Notice of Non-Opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion," or February 13, 2012. See Local Rule 7-9. Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion." See Local Rule 7-12. As of February 23, 2012, Plaintiff has not filed an Opposition to Defendant's Motion. Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of Defendant ING Bank, FSB's Motion. Accordingly, Defendant ING Bank, FSB's Motion to Dismiss All Counts in the Complaint is **GRANTED.** Plaintiff's Complaint is **DISMISSED with prejudice.**[1]

   IT IS SO ORDERED.

---

[1] Defendant Integrated Lender Services, Inc. filed a Declaration of Non-Monetary Status on October 3, 2011 pursuant to California Civil Code § 29241, without objection. Accordingly, this action is dismissed in its entirety.